UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

CYRUS PATSON,

    Plaintiff,

v.

GRAND TRAVERSE COUNTY, MICHIGAN; THOMAS J. BENSLEY, in his official capacity as Sheriff of Grand Traverse County; MICHAEL SHEA, in his official capacity as Undersheriff of Grand Traverse County; and CHRIS BARSHEFF, in his official capacity as Administrator of Grand Traverse County Correctional Facility,

    Defendants.

_____

Case No.  1:21-cv-00912 RJJ-RSK

HON.  ROBERT J. JONKER

MAG. JUDGE RAY KENT

## ORDER TO EXTEND RESPONSE TIME

Pursuant to the November 18, 2021 Stipulation of the parties, Defendants' response to the Plaintiff's Motion for Injunctive Relief and response to the Verified Complaint shall be filed on or before December 9, 2021. Plaintiff's reply shall be filed on or before December 23, 2021.

**IT IS SO ORDERED.**

Dated:  November 19, 2021

/s/ Robert J. Jonker
Hon. Robert J. Jonker
Chief Judge, United States District Court
Western District of Michigan

Open.23413.15409.27567383-1