UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYRUS PATSON,

      Plaintiff,

v.

GRAND TRAVERSE COUNTY,
MICHIGAN; THOMAS J. BENSLEY,
in his official capacity as Sheriff of Grand
Traverse County; MICHAEL SHEA, in his
official capacity as Undersheriff of
Grand Traverse County; and CHRIS
BARSHEFF, in his official capacity as
Administrator of Grand Traverse County
Correctional Facility,

      Defendants.

Case No.  1:21-cv-00912 RJJ-RSK

HON.  ROBERT J. JONKER

MAG. JUDGE RAY KENT

_____

## STIPULATION TO EXTEND RESPONSE TIME

The parties, through undersigned counsel, stipulate that Plaintiff has until January 14, 2022 to reply to Defendants' Response to Plaintiff's Motion for Injunctive Relief and to respond to Defendants' Motion to Dismiss for Lack of Jurisdiction. The parties agree to the extension in order to allow the parties to discuss possible resolution of this matter, and to allow Plaintiff additional time to respond if the parties are unable to reach an agreement.

The parties have stipulated to the extension described above and request that the Court issue an Order incorporating the agreed upon extension.

*SIGNATURES FOLLOW ON THE NEXT PAGE*

Dated: December 13, 2021                    /s/ Syeda F. Davidson
                                            Syeda Davidson (P72801)
                                            American Civil Liberties Union Fund of Michigan
                                            Attorney for Plaintiff


Dated: December 13, 2021                    /s/ Michael S. Bogren (with permission)
                                            Michael S. Bogren (P34835)
                                            Plunkett Cooney
                                            Attorneys for Defendant


Open.23413.15409.27567308-1