UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CYRUS PATSON,

    Plaintiff,

v.

GRAND TRAVERSE COUNTY,
MICHIGAN; THOMAS J. BENSLEY,
in his official capacity as Sheriff of Grand
Traverse County; MICHAEL SHEA, in his
official capacity as Undersheriff of
Grand Traverse County; and CHRIS
BARSHEFF, in his official capacity as
Administrator of Grand Traverse County
Correctional Facility,

    Defendants.

Case No.  1:21-cv-00912 JMB-RSK

HON.  JANE M. BECKERING

MAG. JUDGE RAY KENT

## AMENDED ORDER TO EXTEND RESPONSE TIME

The Court, having reviewed the parties' Stipulation to Extend Response Time (ECF No. 29), GRANTS the Stipulation.  Accordingly:

IT IS HEREBY ORDERED that Plaintiff's reply, if any, to the motion for injunctive relief, and response to the motion to dismiss shall be filed on or before January 21, 2022.

Dated: January 13, 2022

    /s/ Jane M. Beckering
Hon. Jane M. Beckering
United States District Court
Western District of Michigan