# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CYRUS PATSON,

                    Plaintiff,

v.

GRAND TRAVERSE COUNTY,
MICHIGAN; THOMAS J. BENSLEY,
in his official capacity as Sheriff of Grand
Traverse County; MICHAEL SHEA, in his
Official capacity as Undersheriff of
Grand Traverse County; and CHRIS
BARSHEFF, in his official capacity as
Administrator of Grand
Traverse County Correctional Facility,

                    Defendants.

Case No.: 1:21-cv-00912-JMB-RSK

Judge. Hon. Jane Beckering

_____/

| | |
|---|---|
| Syeda F. Davidson (P72801) | Alexandra D. Valenti |
| Philip Mayor (P81691) | Christine Armellino |
| Daniel S. Korobkin (P72842) | Goodwin Procter LLP |
| American Civil Liberties Union Fund | Attorneys for Plaintiff |
| of Michigan | The New York Times Building |
| Attorneys for Plaintiff | 620 Eighth Avenue |
| 2966 Woodward Avenue | New York, NY 10018 |
| Detroit, MI 48201 | (212) 813-8800 |
| (313) 578-6814 | avalenti@goodwinlaw.com |
| sdavidson@aclumich.org | carmellino@goodwinlaw.com |
| pmayor@aclumich.org | |
| dkorobkin@aclumich.org | Amelie Hopkins |
| | Goodwin Procter LLP |
| Michael S. Bogren (P34835) | Attorneys for Plaintiff |
| Plunkett Cooney | 100 Northern Avenue |
| 333 Bridge St. NW Ste. 530 | Boston, MA 02210 |
| Bridgewater Place | (617) 570-1000 |
| Grand Rapids, MI 49504 | ahopkins@goodwinlaw.com |
| (269) 226-8822 | |
| mbogren@plunkettcooney.com | |

## STIPULATED ORDER OF DISMISSAL

The parties agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. Accordingly, by stipulation of the parties pursuant to Fed. R. Civ. P. 41(a)(2), **IT IS ORDERED** as follows:

1.      This case is DISMISSED with prejudice.

2.      The Court retains jurisdiction for the purpose of enforcing the terms of the settlement agreement, attached hereto as Exhibit A.


/s/_____
Jane M. Beckering
United States District Judge

Dated:

Stipulated and agreed to by:

For Plaintiff:                                    For Defendants:

/s/ Syeda F. Davidson                      /s/ Michael S. Bogren (w/permission)
Syeda F. Davidson                           Michael S. Bogren

Dated: January 18, 2022               Dated: January 19, 2022